In re: **GOFF BUILDING, LLC, Debtor.**

**Goff Building, LLC, Debtor–Appellant,**

v.

**Norwest Bank, Minnesota, NA, Creditor–Appellee.**

No. 02–1323.

United States Court of Appeals, Fourth Circuit.

Argued Dec. 6, 2002.

Decided Jan. 3, 2003.

**ARGUED** Brent E. Beveridge, Beveridge Law Offices, Fairmont, West Virginia, for Appellant. Julia A. Chincheck, Bowles, Rice, McDavid, Graff & Love, P.L.L.C., Charleston, West Virginia, for Appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and Henry M. HERLONG, Jr., United States District Judge for the District of South Carolina, sitting by designation.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

During oral arguments held on December 6, 2002, the parties agreed that the issues raised in this appeal are moot. Therefore, the appeal is dismissed.

*DISMISSED.*